IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | |
| ) | |
| DOUG A. HENDERSON, DC, ) | |
| a/k/a DOUGLAS A. HENDERSON, ) | |
| ) | Electronically Filed |
| Defendant. ) | |

**COMPLAINT**

1. Plaintiff is the United States of America.

2. Defendant is an individual residing within the Western District of Pennsylvania.

3. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. Section 1345.

4. Defendant is indebted to the plaintiff in the principal amount of $7,268.82, plus interest and costs, as is more fully shown on the Certificate of Indebtedness which is attached hereto as Exhibit "A" and incorporated herein by reference.

5. Defendant has wrongfully refused and failed to repay the aforesaid amount although demand has been duly made for the same.

WHEREFORE, plaintiff United States of America demands judgment against the defendant as follows:

a. In the amount of $7,377.98 ($7,268.82 principal, $0.00 administrative/penalty charges, and $109.16 interest accrued through December 12, 2008);

b. Interest to accrue at the rate of 4.75 percent per annum from and after December 13, 2008, to the date of judgment;

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Costs of suit; and

e. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/MICHAEL COLVILLE
MICHAEL COLVILLE
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
(412) 644-5870 - fax
Michael.Colville@usdoj.gov
PA56668